## Exhibit A to the Complaint

**Location:** The Bronx, NY  **IP Address:** 70.18.210.129
**Total Works Infringed:** 27  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FA870079E1BE945E95D246453709FD31554F3164<br>File Hash:<br>E17B1C43ED3E77E2DDA3B50DA9405DB32B61CDC4B1C82D3FDC2C5699395DCB97 | 11-07-2023 21:47:22 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 2 | Info Hash: 5AC1F10DB6792678B86C9C8434CAD030CB5B5B14<br>File Hash:<br>4D12508E48768F6BD66D25E7A9D5041A6D2E6B975BD6C522240293CA2E86E568 | 11-07-2023 21:47:09 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 3 | Info Hash: 9313483BE99940A59454FBDF5FC37B1C3F9D41DA<br>File Hash:<br>D5F35F870AB56509CAE722B663929CEAFD8F7684492E592275111004F91F88E0 | 10-31-2023 18:29:17 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 4 | Info Hash: D271F7E2BCBD8514956231E310972F25CB75FA55<br>File Hash:<br>88DD9D5F4E2BB3F39B00301A532EA093CCC0458A6A22981F98E2BFC43D63046B | 10-31-2023 18:28:57 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 5 | Info Hash: EC700F4AF3B504F5B9A251425194DED8118ED012<br>File Hash:<br>EA795E0C9E3A0949CA60C869B68FBC5AC28A9C7A6CFED4A7EE9D10AE80D730C9 | 10-01-2023 14:57:50 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 6 | Info Hash: 42CADE27EE9D28E1507BC850008E8FAAB8D91DAA<br>File Hash:<br>BE957923141861AA8E3344F8E62998BC3D68E4152F0BED4E225FC114E021638D | 09-05-2023 16:27:22 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 7 | Info Hash: 20D3DA35539DAE509DA3033B5B75F41D6587733B<br>File Hash:<br>22AE76A6C9190A96CC1EA90BBE445F1851F1FB5BCE92115A453987AE878C7D2A | 08-06-2023 06:58:17 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 8 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash:<br>C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 06-25-2023 18:29:03 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 9 | Info Hash: A30841EC54F6E36A10B03DB10CC4477808D5D457<br>File Hash:<br>7FCC46C1035416C7DCFBC48DD735438580A085935D0C03B5818138665A40ADAD | 06-25-2023 18:23:33 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 10 | Info Hash: F39CDCE049E278257484520676EDCC5D87D72135<br>File Hash:<br>51E98FA3244F9A33A20F0538DCE247B34292BA8D099ADEADD95AC2DDC7C09E03 | 06-25-2023 18:22:45 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 11 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash:<br>38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 04-28-2023 16:15:08 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 80D6173BD1625EE21DF3A4F238AD2588B2D42294<br>File Hash: C0EEE674D5364FC0E15B648596549BEFAE1BD573DC5FF852351AE504420B7507 | 04-12-2023 14:38:23 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 13 | Info Hash: 62487C8A062F70517453A1191B1E6C7C2F497CAA<br>File Hash: C0857266EE1E8356020C79198F0ACA0F54AA3636E1681EB36577CC08CAEB3E8C | 04-12-2023 14:36:46 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 14 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash: 6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 03-01-2023 02:17:15 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 15 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash: FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-22-2023 02:22:11 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 16 | Info Hash: 731E15F08E3C42C33933767E95EC5A6C4E0AEC31<br>File Hash: 424BFB72051B6D7AC28893D59B1D09CE5058BF251076EC9A0A50645FB5C7F347 | 02-14-2023 00:44:39 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 17 | Info Hash: 61D2D2493DB39B99F4F0C4354F1CE0D448EAF010<br>File Hash: 23FE4C6C9A9AD1342AC4DD64E81FE790E4DB4CFF93A172A3CB13BA94239C3953 | 02-12-2023 13:59:35 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 18 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash: 65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 01-30-2023 20:58:41 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 19 | Info Hash: 92CB8CC2B1BF14E6326BE06B3295D66F0F3E0A2F<br>File Hash: BC1B8C60FECC7DECC2E30B086BCB4005635C93E9E654848D2455692ACD7CA8D4 | 01-26-2023 17:49:10 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 20 | Info Hash: 4891B2E82A6EEFFBEF043B8C03431E59B95959A1<br>File Hash: 8944359E39663A36899C06437DC61A159EEB33D13E2E56DF88BED1AA57591983 | 01-25-2023 10:55:16 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 21 | Info Hash: 2C8A50F87888282D605BD3200D883844F964E253<br>File Hash: B69C16B8BE8F33F10DDCE5BE221A93C48FBAF1CE28E52B1A03B859B2695A5377 | 01-25-2023 10:54:45 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 22 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash: 3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-25-2023 10:54:33 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 23 | Info Hash: DD77C5008AAE485F89439B9B89EB1B92D8617620<br>File Hash: 24A9AA2D084B6CA81241F4E90DD3528C59CAAB4B2088CF8F85A56ADCA2625911 | 12-15-2022 17:44:29 | Blacked | 11-26-2017 | 01-04-2018 | PA0002069346 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash: 8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 11-21-2022 13:54:03 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 25 | Info Hash: F583EC5D69FB623ABC4CD0C491F767FBBD9331F8<br>File Hash: C0FA6A693407E6ADE2DD2380835D4B07210ADB4DE79588C8F24CF2A2B31948E4 | 11-20-2022 06:40:38 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 26 | Info Hash: BFCBBF7E9047C247DB0D70E1A3B985D9307E8002<br>File Hash: 86254758175A641A77A7F2C7D4919E662D3F18CA403DCE048983F224813EC919 | 11-04-2022 21:05:34 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 27 | Info Hash: 72E1A45262D59C0A35175F5F1EA9D658EF135B35<br>File Hash: 560D76365FD31C1E83342D22521944C4E5688A679F82ECA328D48797C1539887 | 11-04-2022 21:04:58 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |